UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MARIE VINTON, in Pro Per,

    Plaintiff,

                                                      No. 1:08-cv-881

-v-

                                                      HONORABLE PAUL L. MALONEY

CERTEGY CHECK SERVICES, INC. and
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

    Defendant.

## JUDGMENT

Having granted Defendants' motion to dismiss, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

    **THIS ACTION IS TERMINATED.**


Date:  August 31, 2009                                   /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                        Chief United States District Judge